IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Correy T. Brown, #34817 | ) | C.A. No. 2:06-388 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Sergeant Bufford, Major Meyers, | ) | |
| Alvin S. Glen Detention Center | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This action, seeking relief pursuant to Title 42, United States Code, Section 1983, was filed by *pro se* Plaintiff Correy T. Brown ("Plaintiff") on February 25, 2006. (Doc. # 1). The Defendants, Sergeant Bufford, Major Meyers, and the Alvin S. Glen Detention Center ("Defendants"), filed a motion for summary judgment on June 6, 2006. (Doc. #14). The Plaintiff responded to the pending summary judgment motion on June 13, 2006. (Doc. #16). On July 24, 2006, Magistrate Judge Robert S. Carr, to whom this matter had been previously assigned, issued a Report and Recommendation ("the Report") in this case recommending that the Defendants' motion be granted and all other motions be deemed moot. (Doc. #19). To date, the Plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation.[1] This matter is now before the Court upon the

---

[1] The Court notes the Report was mailed to the Plaintiff at the address he provided to the Clerk of Court but returned as undeliverable and that the South Carolina Department of Corrections inmate locator produced no match. (Entry #20). The Court further notes that the Magistrate Judge issued an Order in this case on February 28, 2006, informing the Plaintiff he was to keep the Clerk of Court informed in writing of any address changes. (Doc. #3).

1

Magistrate Judge's Report.

This Court is charged with conducting a <u>de novo</u> review of any portion of the Magistrate Judge's Report and Recommendation to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See <u>Camby v. Davis</u>, 718 F.2d 198, 199 (4th Cir. 1983).

The Court has carefully reviewed the Magistrate Judge's Report and Recommendation, and for the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report and Recommendation is **ACCEPTED** (Doc. #19), and the Defendants' motion for summary judgment is **GRANTED**. In light of this Order, all pending motions in this matter are hereby rendered moot.

**IT IS SO ORDERED.**

S/ Terry L. Wooten

Terry L. Wooten<br>United States District Judge

December 18, 2006
Florence, South Carolina

2